IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00373-PAB

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.     **THOMAS DAVID SIDES,**
      a/k/a "Capone,"

    **Defendant.**

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 69**
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Emily Treaster, respectfully moves to restrict Document No. 69, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

Dated this 29th day of June, 2020.

                                              Respectfully submitted,

                                              JASON R. DUNN
                                              United States Attorney

By:  *s/Emily M. Treaster*
       Emily M. Treaster
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California St., Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       FAX:   (303) 454-0406
       e-mail: Emily.Treaster@usdoj.gov
       Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 69** using the CM/ECF system and a copy was sent via e-mail to the following e-mail address:

Scott T. Poland, Esq.
E-mail: scottpoland@qwestoffice.net
Attorney for Thomas David Sides


                                        *s/Maggie E. Grenvik*
                                        Maggie E. Grenvik
                                        Legal Assistant