IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **17-cr-00373-PAB**

UNITED STATES OF AMERICA,

Plaintiff,

v

1. THOMAS DAVID SIDES,

Defendant.

## MOTION TO RESTRICT

The Defendant, Thomas Sides, ("Mr. Sides"), by and through his court appointed counsel, Scott Poland of Poland and Wheeler, P.C., respectfully moves to restrict Document No. 72 and 73 as well as any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. Counsel requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties and Court" only.

Respectfully submitted this 6th day of July 2020,

           Scott Poland
           ATTORNEY AT LAW
           BY: *s/Scott Poland*
           The Law Offices of Poland & Wheeler, PC
           215 S. Wadsworth Blvd., Suite 500
           Lakewood, CO 80226
           Phone 303-969-8300
           Fax 303-986-4857
           e-mail: scottpoland@qwestoffice.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 6th, 2020 I electronically filed the foregoing
**MOTION TO RESTRICT**
with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

Scott Poland
ATTORNEY AT LAW
BY:  *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net